CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 07 2006
JOHN F. CORCORAN, CLERK
BY: /s/ H. McDonald
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CLAUDE LINDEN ROSE, | ) |
| Petitioner, | ) Civil Action No. 7:06CV00176 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| SHERIFF RANDY FISHER, | ) By: Hon. Jackson L. Kiser |
| Respondent. | ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the above referenced petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is

**DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 7th day of April, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge